defendant must be dismissed (see, Mort v Andersen, 181 AD2d 1080). (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Dismiss Complaint.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ In the Matter of VICTOR S. SOSA, Petitioner, v J. KEVIN MULROY, as Judge of the Onondaga County Court, et al., Respondents.—Petition unanimously dismissed without costs. Memorandum: Prohibition does not lie, where, as here, "there is available an adequate remedy by way of appeal or otherwise" (Matter of Molea v Marasco, 64 NY2d 718, 720; see also, Matter of Dondi v Jones, 40 NY2d 8, 14, rearg denied 39 NY2d 1058; Matter of State of New York v King, 36 NY2d 59, 62; Matter of Price v Rath, 177 AD2d 1057). The extraordinary remedy of prohibition lies only where petitioner has established a clear or legal right to relief and where the action taken or threatened is clearly without jurisdiction or in excess of jurisdiction (Matter of Rush v Mordue, 68 NY2d 348, 352). (Original Proceeding Pursuant to Article 78.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERASMOS SANTOS, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Boehm, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERASMOS SANTOS, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Boehm, Fallon and Davis, JJ.

■ E. MACBURNEY STORM, Appellant, v VILLAGE OF SPENCERPORT, Respondent.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Galloway, J.—Summary Judgment.) Present—Green, J. P., Pine, Boehm, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC WINEGARD, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant pled guilty to two counts of